# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN E. SMITH,

    Plaintiff,

v.

ASSELMEIER, *Dentist at Menard*,

    Defendant.

Case No. 3:17-cv-01237-JPG-DGW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: July 23, 2018

                              **JUSTINE FLANAGAN,**
                              **Acting Clerk of Court**

                              **BY:**  s/Tina Gray
                                      **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**